**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **JOEY G. GARCIE, ASHLEY K. GARCIE, FRANCHESCA M. MOUSER, WILLIAM MOUSER & THEIR MINOR CHILDREN** | **CIVIL ACTION NO. _____** |
| **VERSUS** | **JUDGE _____** |
| **SABINE PARISH SCHOOL BOARD, LESLEY SANTOS & SHERIFF AARON MITCHELL** | **MAGISTRATE JUDGE _____** |

<u>**NOTICE OF REMOVAL BY DEFENDANTS**</u>
<u>**SABINE PARISH SHERIFF AARON MITCHELL**</u>
<u>**AND LESLEY SANTOS**</u>

NOW INTO COURT, through undersigned counsel, come Defendants, SABINE PARISH SHERIFF AARON MITCHELL (the "Sheriff") and LESLEY SANTOS ("Santos") (sometimes collectively referred to herein as the "Sabine Parish Sheriff Defendants"), through undersigned counsel, who, while reserving any and all defenses, and based on Federal Question jurisdiction, hereby remove to this Court the captioned matter, as follows:

1.

On June 6, 2025, plaintiffs, Joey G. Garcie and Ashley K. Garcie, individually and on behalf of their minor child, W.G., and Franchesca M. Mouser and William C. Mouser, individually and on behalf of their minor child, C.M. (all collectively referred to herein as "Plaintiffs"), filed suit against Sabine Parish Sheriff Aaron Mitchell and Lesley Santos in the 11th Judicial District Court for the Parish of Sabine.  Plaintiffs' lawsuit is styled, "*Joey K. Garcie, Ashley K. Garcie, Franchesca M. Mouser, William C. Mouser & Their Minor Children v. Sabine Parish School Board, Lesley Santos & Sheriff Aaron Mitchell*", and was assigned Civil Suit No. 73,904 (the

"State Court Proceeding").   A copy of plaintiffs' Petition for Damages, as well as any other process, pleadings and orders known by the Sabine Parish Sheriff Defendants to be filed in the State Court Proceeding, are attached hereto as Exhibit A.   To the knowledge of defendants, no additional process, pleading, or order has been filed in this action.

2.

The Sheriff and Santos were each served with a copy of the Petition for Damages on or about June 9, 2025.

3.

Neither the Sheriff nor Santos has filed any responsive pleadings to Plaintiffs' Petition for Damages.

4.

The action filed by Plaintiffs is a civil action over which the Court has original jurisdiction under 28 U.S.C §1331 and is one which may be removed to this Court by the Sabine Parish Sheriff Defendants pursuant to the provisions of 28 U.S.C. §1441.

5.

In their Petition for Damages, Plaintiffs assert, among other things, claims against the Sheriff and Santos for the purported arrest without probable cause and alleged strip search of the Garcies' minor child, W.G.,  by Santos while he was "operating under the color of law, as an employee of AARON MITCHELL, SHERIFF, pursuant to the authority vested in him as {*sic*} law enforcement deputy by state law and … within the scope of their {*sic*} authority as a law enforcement deputy." Exh. A, Petition for Damages, ¶¶11 and 14-17. Plaintiffs name Santos as a defendant in "in his personal capacity." *Id.*, at ¶1(4). Plaintiffs name the Sheriff, "a state actor that

[2]

serves as the sheriff of Sabine Parish, … in his official capacity as the acting sheriff of Sabine Parish." *Id.*, at ¶4(5).

6.

Plaintiffs claim damages for W.G.'s loss of liberty, among other things, as a result of his alleged false arrest by Santos against the Sabine Parish Sheriff Defendants, for a deputy's actions under color of law. Thus, a Federal Question has been alleged.

7.

The Petition was served on the Sheriff and Santos on June 9, 2025.  Because fewer than 30 days have passed since the Sabine Parish Sheriff Defendants were served, this Notice of Removal is timely under 28 U.S.C. §1446(b)(1).

8.

The Sabine Parish Sheriff Defendants respectfully request that this Notice of Removal be filed in the records of the United States District Court for the Western District of Louisiana, effecting the removal of that certain matter styled, "*Joey K. Garcie, Ashley K. Garcie, Franchesca M. Mouser, William C. Mouser & Their Minor Children v. Sabine Parish School Board, Lesley Santos & Sheriff Aaron Mitchell*", Civil Suit No. 73,904, Sabine Parish, State of Louisiana. A copy of the state court Written Notice of Removal accompanies this Notice of Removal as Exhibit B.

9.

A copy of this Notice of Removal has been mailed to Plaintiffs, through their counsel, on this 25th day of June, 2025.

[3]

10.

The Sabine Parish School Board, the only other co-defendant named in this matter, has been properly joined and served with state-court process and has consented to the removal of this matter. The Sabine Parish School Board's consent to removal is attached hereto as Exhibit C.

11.

By removing this action from the 11th Judicial District Court, Sabine Parish, Louisiana, the Sabine Parish Sheriff Defendants do not waive any defenses available to them or admit any of the allegations in Plaintiffs' Petition for Damages.

WHEREFORE, PETITIONERS PRAY THAT the above action now pending against them in the 11th Judicial District Court, Parish of Sabine, State of Louisiana, be removed therefrom to this Court and that the 11th Judicial District Court, Parish of Sabine, Louisiana shall proceed no further.

Respectfully submitted,


COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation


By: _s/ Elizabeth M. Carmody_____
        Elizabeth Mendell Carmody #25792
        Jordan Brice Bird #32344
        James Ashby Davis #37653

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA  71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
elizabeth.carmody@cookyancey.com
jordan.bird@cookyancey.com
ashby.davis@cookyancey.com

ATTORNEYS FOR DEFENDANTS,
SABINE PARISH SHERIFF AARON MITCHELL
AND LESLEY SANTOS

[5]

**STATE OF LOUISIANA**

**PARISH OF CADDO**

BEFORE ME, the undersigned authority, personally came and appeared ELIZABETH MENDELL CARMODY, who being first duly sworn, did depose and certify:  that she is the attorney of record for Sabine Parish Sheriff Aaron Mitchell and Lesley Santos and that she has read the foregoing Notice of Removal; that the facts and allegations therein contained are true and correct to the best of her knowledge, information and belief.

_____

ELIZABETH MENDELL CARMODY

SWORN TO AND SUBSCRIBED before me, Notary, on this 24th day of June, 2025.

_____

NOTARY

JORDAN B. BIRD
Notary Public, State of Louisiana
Caddo Parish
W/ Statewide Jurisdiction
Notary ID # 138396 Bar # 32344
My Commission is for Life

[6]

## CERTIFICATE

I hereby certify that a copy of the foregoing Notice of Removal by Sabine Parish Sheriff

Aaron Mitchell and Lesley Santos will be sent to the following by placing a copy of same, postage

prepaid and properly addressed, in the United States Mail:

Mary K. Beaird
Attorney at Law
303 E. Texas St.
Leesville, LA 71446

Honorable Shelly Salter
Clerk of Court
Sabine Parish Courthouse
Post Office Box 419
Many, Louisiana 71449

Shreveport, Louisiana, this 25th day of June, 2025.


_____*s/ Elizabeth M. Carmody*_____
OF COUNSEL