**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JOEY G GARCIE, ET AL.                                CIVIL ACTION NO. 25-0907

VERSUS                                                JUDGE S. MAURICE HICKS, JR.

SCHOOL BOARD SABINE PARISH, ET AL.                   MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Rec. Doc. 28) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Rec. Doc. 16) filed by Sheriff Aaron Mitchell and Lesley Santos is **GRANTED IN PART**.  All federal law claims against Mitchell and Santos are **DISMISSED** as untimely. The Motion to Dismiss (Rec. Doc. 20) filed by the Sabine Parish School Board is **GRANTED IN PART**.  All federal law claims against the School Board are **DISMISSED** for failure to state a claim on which relief may be granted.  The Court exercises its discretion pursuant to 28 U.S.C. § 1367(c)(3) to decline to exercise supplemental jurisdiction over any state law claims.  The remaining state law claims are **REMANDED** to state court.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 7th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE